1  Yana A. Hart, Esq. (SBN: 306499)
   yana@kazlg.com
2  **KAZEROUNI LAW GROUP, APC**
3  2221 Camino Del Rio South, Suite 101
   San Diego, CA 92108
4  Telephone: (619) 233-7770
5  Facsimile: (800) 520-5523

6
   *Attorneys for Plaintiff,*
7  Lawrence Etah

8
9
10                    **UNITED STATES DISTRICT COURT**
11                    **CENTRAL DISTRICT OF CALIFORNIA**

12  | Lawrence Etah, Individually and on behalf of others similarly situated, | CASE NO. 2:20-CV-08476 |
    |---|---|
    | Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
    | v. | |
    | American Recovery Service, Inc., | |
    | Defendants. | |

21      NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The
22  Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with
23  prejudice within 60 days. Plaintiff requests that all pending dates and filing
24  requirement be vacated and that the court set a deadline on or after December 15,
25  2020 for filing a Request for Dismissal.
26  //
27  //
28  //

---

| | |
|---|---|
| Date: October 20, 2020 | **KAZEROUNI LAW GROUP, APC** |
| | By: /s/Yana A. Hart |
| |     Yana A. Hart, Esq. |
| |     *Attorneys for Plaintiff* |
| |     Lawrence Etah |
| Date: October 20, 2020 | **BARRON & NEWBURGER, P.C.** |
| | By: /s/Manny Newburger |
| |     Manny Newburger |
| |     *Attorneys for Defendant* |
| |     American Recovery Service Inc., |

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for the Defendants, and that I have obtained their authorization to affix their electronic signatures to this document.

| | |
|---|---|
| Date: October 20, 2020 | **KAZEROUNI LAW GROUP, APC** |
| | By: /s/Yana A. Hart |
| |     Yana A. Hart, Esq. |
| |     *Attorneys for Plaintiff* |