Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
Lawrence Etah

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lawrence Etah, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>American Recovery Service, Inc.<br><br>Defendant. | Case No. 2:20-cv-08476-DDP-GJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Lawrence Etah hereby moves this Court to dismiss the above-entitled action with prejudice.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action without prejudice.

Date: December 15, 2020

**KAZEROUNI LAW GROUP, APC**

By: s/ Yana A. Hart
Yana A. Hart, Esq.
*Attorneys for Plaintiff*