*Etah v. American Recovery Service, Inc.*
Case No.: 2:20-cv-08476-DDP-GJS
United States District Court, Central District of California

## CERTIFICATE OF SERVICE

I, Chabelly Gurrola, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 2221 Camino Del Rio South, Suite 101, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program, which will electronically mail notice to all attorneys of record in said case through the same program, the following document(s):

- **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

[X]   ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Executed on Tuesday, December 15, 2020, at San Diego, California. Ultra

_____
Chabelly Gurrola

**CERTIFICATE OF SERVICE**